IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION
CIVIL ACTION NO. 5:19-CR-061-KDB-DCK *SEALED*

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| Plaintiff, ) | |
| v. ) | **ORDER** |
| CHHA CHHAM; ) | |
| DAVID MORALEZ; ) | |
| KONG SAYAVONG; AND ) | |
| HANNAH OLIVIA SECREST, ) | |
| Defendants. ) | |

**THIS MATTER IS BEFORE THE COURT** on Plaintiff's "Motion To Unseal Indictment And Warrants" (Document No. 12) filed September 23, 2019, by and through R. Andrew Murray, United States Attorney for the Western District of North Carolina, seeking an order directing that the Bill of Indictment and the Arrest Warrants in the above-captioned case be unsealed; and

**IT APPEARING TO THE COURT** that the Bill of Indictment and the Arrest Warrants are hereby unsealed.

The Clerk is directed to certify copies of this Order to the United States Attorney's Office (via email to Steven.Kaufman@usdoj.gov).

**SO ORDERED**.

Signed: September 24, 2019

David C. Keesler
United States Magistrate Judge